**Derrick D. HOWARD, Plaintiff-Appellant**

v.

**FIDELITY NATIONAL TITLE INSURANCE COMPANY, Defendant-Appellee**

No. 15-1872

United States Court of Appeals, Eighth Circuit.

Submitted: June 1, 2017

Filed: June 16, 2017

Derrick D. Howard, Pro Se

Thomas J. Fritzlen, Jr., Martin & Leigh, Kansas City, MO, for Defendant-Appellee

Before WOLLMAN, ARNOLD, and KELLY, Circuit Judges.

PER CURIAM.

Derrick D. Howard appeals following the district court's[1] adverse grant of summary judgment in this diversity action. Viewing the record in a light most favorable to Mr. Howard, with all reasonable inferences drawn in his favor, we conclude that summary judgment was warranted. See Loch v. City of Litchfield, 689 F.3d 961, 965 (8th Cir. 2012) (de novo review).

1. The Honorable Henry E. Autrey, United States District Judge for the Eastern District

We affirm the judgment of the district court, see 8th Cir. R. 47B; and we deny Mr. Howard's motion for remand.